| | |
|---|---|
| 1 | Roger Kirnos (SBN: 283163) |
| | rogerk@knightlaw.com |
| 2 | Russell Higgins (SBN: 226124) |
| | russellh@knightlaw.com |
| 3 | Jacob Cutler (SBN: 264988) |
| | jacobc@knightlaw.com |
| 4 | KNIGHT LAW GROUP, LLP |
| | 1025 Constellation Blvd., Suite 2500 |
| 5 | Los Angeles, CA 90067 |
| | Telephone:  (310) 552-2250 |
| 6 | Facsimile:   (310) 552-7973 |

Attorneys for Plaintiff
CHRISTOPHER J. VANNI

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
315 Pacific Avenue
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054

Attorneys for Defendants
FORD MOTOR COMPANY and
BLUE SKY AUTO GROUP, INC.
dba PORTERVILLE FORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. VANNI,<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; BLUESKY AUTO GROUP, INC., a California Corporation, dba PORTERVILLE FORD; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No: 2:18-cv-02473-AB-PD<br>Honorable Judge Andre Birotte, Jr.<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) |

---

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF
CIVIL PROCEDURE 41(a)(1)(A)(ii)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Christopher J. Vanni ("Plaintiff") and Defendants Ford Motor Company and Blue Sky Auto Group, Inc. dba Porterville Ford (collectively "the Parties"), by and through their counsel of record, hereby stipulate and agree that this action shall be dismissed with prejudice. The Parties settled all of Plaintiff's claims and all settlement checks, including Plaintiff's attorney's fees, costs and expenses, have been paid.

IT IS SO STIPULATED:

Respectfully Submitted,

Dated: April 28, 2025    **KNIGHT LAW GROUP, LLP**

By: */s/ Russell Higgins*
Russell Higgins
Roger Kirnos
Jacob Culter
Attorneys for Plaintiff
CHRISTOPHER J. VANNI

Dated: April 28, 2025    **GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Spencer P. Hugret*
Spencer P. Hugret
Attorneys for Defendants
FORD MOTOR COMPANY and
BLUE SKY AUTO GROUP, INC.
dba PORTERVILLE FORD

-2-
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**ATTESTATION OF ELECTRONIC SIGNATURES**

I, Spencer P. Hugret, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

By: */s/ Spencer P. Hugret*
Spencer P. Hugret

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111